UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BARKER,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BAKER, et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:19-CV-0161-MMD-CLB<br><br>**ORDER** |

　　　Plaintiff's motion for a copy of the docket sheet (ECF No. 24) is **GRANTED**.

　　　Plaintiff has also moved, without explanation, for a sixty-day extension of time to file any further documents (ECF No. 23). Plaintiff's motion is **DENIED**. No pleadings or papers are due at this time. A telephonic case management conference is set for November 23, 2020 at 2:30 p.m. at which time the court will set a scheduling order (ECF No. 25).

**DATED**: Nov. 10, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**