1 | AARON D. FORD
   | Attorney General
2 | Stephen J. Avillo, Bar No. 11046
   | Deputy Attorney General
3 | State of Nevada
   | 100 N. Carson Street
4 | Carson City, NV  89701-4717
   | Tel:  (775) 684-1159
5 | E-mail:  savillo@ag.nv.gov

6 | *Attorneys for Defendants*
   | *Renee Baker and Terry Lindberg*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| JAMES BARKER, | |
|---|---|
| Plaintiff, | Case No.  3:19-cv-00161-MMD-CLB |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| BAKER, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between James Barker, in proper person, and Defendants Renee Baker and Terry Lindberg, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Stephen J. Avillo, Deputy Attorney General, hereby stipulate and agree, based on the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of the Court, with each party to bear its own costs.

///
///
///
///
///
///

1

1  DATED this 27th day of Oct., 2021.            DATED this 4th day of Nov, 2021.

2

3                                                AARON D. FORD
                                                 Attorney General
4
                                                 Bar No 13661
5  By: _____                   By: _____ for
       JAMES BARKER                                  STEPHEN J, AVILLO, Bar No. 11046
6      Plaintiff, *Pro Se*                          Deputy Attorney General
                                                    *Attorneys for Defendants*
7

8

9                                                **IT IS SO ORDERED**

10

11                                               _____
                                                 **U.S. DISTRICT JUDGE**
12

13                                               **DATED:** 11/10/2021

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 9th day of November, 2021, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

James S. Barker, #1133703
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General

3